*i, verify, all herein be true...*

## *'federal district court'*
### of the united States for New Jersey

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

19 MAY 10 P 2 59

**a man: Terence Lee Britt,**
the aggrieved party;
prosecutor;

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**UNITED STATES DISTRICT COURT**
**[civil division]**



**File No. TW-101906-AST**

**Gloucester City** ( a city incorporated in the
county of Camden) **New Jersey,**
and Robert Saunders III, an individual, and
in his capacity as Gloucester Policer Officer
a human; et al; wrongdoer(s);

**declarations of wrongs:**

**forgery**

**and**

**bad faith**

- "trial by jury"

- court of record: magistrate;

**25 C. J. §§ 344; 346;**

**2. DANV. 259**

The bill of rights of The Constitution of the United States, Articles: I,
VII; IX, X;

**New Jersey Consitution -1844,**
Article I. Rights and Privileges. 6.; Article I. Rights and Privileges 7.;
Article VI, Judiciary Section V. 2.;

**'Federal Court'**
**at**
**District Court of the united States**
**for New Jersey**

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 MAY 10 P 2 5...

)
)
**i: a man;**  )        **Nature of case: claim**
*prosecutor*  )
)
_____  )        **claim: trespass [forgery];**
)
)                **(verified)**
**Gloucester City and**  )
**Robert Saunders III, et al;,**
*Wrongdoer(s)*

---

**i, require: a 'court of record'; "trial by jury';**

---

**claim: trespass [forgery];**

**i, a man claim:**

- the said wrongdoer(s) trespass upon [my] property;

- the causal agent of the trespass, comes by way of its use of a forged instrument;

- the trespass did and does harm and injury to my property;

- the commencement of the harm began on 27th day of May, 2017;

- the wrong continues to this day May *10th*, 2019 ;

- I require compensation for the intial and continual trespass upon my property;

- compensation due:                     ;

i, say here, and will verify in open court, that all herein be true

Executed on this _*10th*_____, day of May, 2019

(seal)

By: ___*Terence Britt*_____

Britt, Terence Lee, man; without the United States
All Rights Reserved
*Verified*

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civil*
*power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial
Owner 1st Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©™

'Federal Court'
at
'District Court of the united States
for New Jersey'

| | | |
|---|---|---|
| i: a man;<br>*prosecutor* | ) | Case No.: |
| | ) | |
| | ) | Nature of case: claim |
| | ) | |
| | ) | claim: trespass [tort]; and |
| GLOUCESTER CITY (a city incorporated in the county<br>of Camden); NEW JERSEY,<br>ROBERT SAUNDERS III, an individual, and in his<br>capacity as Gloucester Police Officer, et al;<br>*Wrongdoer(s)* | )<br>)<br>)<br>)<br>) | trial by jury Demand,<br>common law jurisdiction<br>Order "void ab initio"<br>(verified) |

### INTRODUCTION

Comes now, the man, *Britt, Terence Lee*, (Prosecutor) herein, above named, comes and upon his personal knowledge, and states to this honorable court:

1.     This action is filed for damages by Prosecutor, *Britt, Terence Lee*, a man; aggrieved and harmed, when his unalienable rights secured and protected to a man by the 1844 New Jersey Constitution, and The Constitution of the United States of America-1787, were violated (**see Exhibit A**) by the actions of individuals/persons employed by Gloucester City/City of Gloucester City, and Gloucester City Police Department, herein Wrongdoers;

    In a claim of trespass, for that the said Wrongdoer, *Robert Saunders III*, Police Officer above named, employed by Gloucester City/City of Gloucester City, with force and arms, accosted and arrested said Prosecutor; Violating a man, a trespass upon unalienable rights of said Prosecutor; and therefore i, a man, by my will, move this case through this Federal Court, by way of right secured and protected to a man by The Constitution of the United States of America-1787, Bill of Rights, Articles I, Article VII, Article IX and Article X, and, under the common law of the land;

2.     Said Prosecutor, seeks an award for said trespass, against Wrongdoers, reimbursement for lost wages, all costs/resources exhausted/incurred in the prosecution of this action; and discharge "void ab initio" of any action/judgment against Prosecutor; Said Prosecutor also seeks punitive damages against Wrongdoers as applicable by law;

### PARTIES

3.     Britt, Terence Lee. a man, native New Jerseyan, Prosecutor; not a U.S. citizen;

4.     GLOUCESTER CITY, EIN:21-6000659, a city duly incorporated in the county of Camden, organized and existing under and by virtue of the laws of the STATE OF NEW JERSEY, Wrongdoer; (**see Exhibit B**: CHARTER: AN ACT TO INCORPORATE "GLOUCESTER CITY" CAMDEN COUNTY EIN: 21-6000504, STATE OF NEW JERSEY EIN: 216000928);

5.     Police officer ROBERT SAUNDERS III, wrongdoer, was at all times relevant to this claim a certified law enforcement officer in the State of New Jersey; At the time of this incident he was a duly appointed police

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©℠

officer, and acting as a police officer employed by Gloucester City/City of Gloucester City, acting under color of law, to wit, under color of statutes, ordinances, regulations, policies, customs and usages of the State of New Jersey and/or the Gloucester City Police Department;

6. At said time of trespass, Gloucester City/City of Gloucester City and Robert Saunders III, wrongdoers, were engaged in conduct that was the proximate cause of the violations of prosecutor's unalienable rights secured and protected to a man by 1844 New Jersey Constitution, and The Constitution of the United States of America-1787, and the damages procured thereof;

7. STATEMENT OF FACTS

SEE AFFIXED NOTARIZED (VERIFIED)
AFFIDAVIT OF FACTS
**(see Exhibit C)**

On the morning of *twenty-seventh* day of May, 2017, i was in my property (automobile) going from one destination (Point A), to my home (Point B), it was a Saturday and i was tired from all the going back and forth to a new job all week, that is over an hour away;

i turned into my housing development called Meadow Brook Run, located at Gloucester City, New Jersey, i stopped at the stop-sign on Meadow Lane; i must have dozed off for a brief moment and before i knew it, i heard tapping on my window;

When i looked up, it was a police officer of Gloucester City Police Department; i was ordered to get out of my 2017 Lexus RX350, as i attempted to get myself together from slight dozing off, the police officers were asking questions at the same time, i wasn't told if i was being pulled over or anything;

Still being ordered to get out of my car, and my questions to the police officers being ignored, i involuntary exited my automobile, to prevent the matter from escalating out of control; Then, i was ordered to do a field sobriety test, but when i told the police officers that i could not, due to medical issues with my legs, i was then accosted, the police officer physically forced me to the ground, which resulted in my chest, face and mouth hitting upon the pavement, which caused me to bust my lip; and, said police officer then proceeded with an unlawful search and seizure of [my] property without my consent, and, said police officer(s) did/would not produce a warrant; probable cause supported by oath or affirmation when demanded to produce, and, present said warrant to me; Said Police Officer continued to search [my] property (automobile) without my consent, and it "[my] property (automobile)" was seized and impounded; i requested to go to the hospital to have my injuries looked at;

i was taken to the hospital in an ambulance, while in the ambulance *a paramedic* was going through [my] property (wallet), that was taken out of the center-console of the 2017 Lexus RX 350, while at the hospital i was not treated for my injuries and was taken back to Gloucester City Police Department station;

Prior to leaving the hospital to go back to Gloucester City Police Department station, i was outside with the police officer, i informed said police officer that i couldn't sit (without lower body discomfort) properly in the back of the patrol car because of my medical issue with my hips; The police officer said to me in a threating tone "that if i don't get in, he will put me in", out of fear of being accosted while in hand cuffs, and with said police officer showing no care for my well-being, i, against my will, laid across the back of the car seat with no seat belt on, and, in pain and discomfort was taken to Gloucester City Police Department station;

While at the Gloucester City Police station, i was placed in a cell and my retainer for my teeth was taken and never returned, (i had to purchase a new retainer) as i was ordered to take it out;

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1st Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©℗™

i was ordered to take a picture, i refused, and, explained why i would not take a picture, i was threatened by a sergeant, who told me "that if i didn't take a picture that i would be sent to the Camden County jail", again, against my religious belief and out of threat/extortion, fear of being taken to jail and being accosted, i took a picture;

A little while later i was released to the care of my sister;

**i wish court take notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 1.** All men are by nature free and independent, and have certain natural unalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property, and of pursuing and obtaining safety and happiness.

**And take further notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 3.** No person shall be deprived of the inestimable privilege of worshipping Almighty God in a manner agreeable to the dictates of his own conscience; nor under any pretence whatever be compelled to attend any place of worship contrary to his faith and judgment; nor shall any person be obliged to pay tithes, taxes, or other rates for building or repairing any church or churches, place or places of worship, or has deliberately and voluntarily engaged to perform.

**And take further notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 6.** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated; and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the papers and things to be seized.

**And take further notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 7.** The right of trial by jury shall remain inviolate; but the Legislature may authorize the trial of civil suits, when the matter in dispute does not exceed fifty dollars, by a jury of six men.

**And take further notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 19.** This enumeration of rights and privileges shall not be construed to impair or deny others retained by the people.

**And take further notice:** Pursuant to **1844** *New Jersey Constitution* **ARTICLE IV. Legislative. Section VII. 3.** The Legislature shall not pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or depriving a party of any remedy for enforcing a contract which existed when the contract was made.

**And take further notice:** Pursuant to **1844** *New Jersey Constitution* **ARTICLE VI. JUDICIARY SECTION I. 1.** The judicial power shall be vested in a court of errors and appeals in the last resort in all cases as heretofore; a court for the trial of impeachments; a court of chancery; a prerogative court; a supreme court; circuit courts, and such inferior courts as now exist, and as may be hereafter ordained and established by law; which inferior courts the legislature may alter or abolish, as the public good shall require.

**And take further notice:** Pursuant to **1844** *New Jersey Constitution* **ARTICLE VI.**
**JUDICIARY SECTION V. 2.** The circuit courts shall be held in every county of this State, by one or more of the justices of the supreme court, or a judge appointed for that purpose, and shall, in all cases within the county except in those of criminal nature, have common law jurisdiction, concurrent with the supreme court; and any final judgment of a circuit court may be docketed in the supreme court, and shall operate as a judgment obtained in the supreme court from the time of such docketing.

**And take further notice:** Pursuant to *The Constitution of the United States of America-1787, Bill of Rights,* **Articles I, Article VII, Article IX and Article X;**

## CLAIM OF TRESPASS [TORT] AGAINST WRONGDOER GLOUCESTER CITY

8. Wrongdoer, Robert Saunders III, a police officer for Gloucester City/City of Gloucester City, New Jersey, has violated *Britt, Terence Lee,* a man; Prosecutor, unalienable rights secured and protected to a man by 1844 New Jersey Constitution, and The Constitution of the United States of America-1787;

9. Wrongdoer, Gloucester City/City of Gloucester City, is responsible for the conduct of its police officers who are acting in the course and scope of their employment;

10. On May 27, 2017, *Britt, Terence Lee,* a man; Prosecutor, was accosted and arrested by Wrongdoer, Robert Saunders III, a Gloucester City/City of Gloucester City police officer who was acting in the course and scope of his duties as a police officer;

11. Such seizure physically deprived said *Britt, Terence Lee,* a man, of his freedom and liberty;

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1st Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©®™

12. The restraint and arrest and physical force against of *Britt, Terence Lee*, a man, was unlawful and without justification, in that it was not based upon lawful process issued by Court;

13. The arrest, and subsequent police report, which allegations, has caused *Britt, Terence Lee*, a man, prosecutor, grievances at his place of employment, upon which he was wholly dependent for his support and maintenance;

14. As a result of the actions of wrongdoer, Robert Saunders III, for which Wrongdoer, Gloucester City/City of Gloucester City is responsible, and in consequence thereof, Prosecutor *Britt, Terence Lee*, a man, has been aggrieved, harmed and injured in his person and property and means of support; to the damage of the Prosecutor;

Wherefore *Britt, Terence Lee*, a man, Prosecutor demands judgment against Wrongdoers for said sum of *One Million* dollars ($1,000,000.00) as the penalty under the laws aforesaid, and for his costs in this action; and grant such further relief, in law and equity, as the Court deems just and proper;

### DEMAND FOR TRIAL BY JURY

*Britt, Terence Lee*, a man, prosecutor hereby demands a trial by jury, for said matters at issue, in said court:

i say here and will affirm, and verify in open court that all herein be true;

Executed on this __10th__ ___ day of May, 2019

(seal)

By: __Britt, Terence Lee, man; without the United States__
All Rights Reserved

Verified

State of New Jersey
County of *Camden*, ss.
*Britt*, Terence Lee, a man; in the foregoing statement, being duly sworn, or affirmed according to law, deposes, or affirms and says, that the facts set forth in the foregoing statement as the basis of claim are true.
Sworn, or affirmed to and subscribed before me __Omar Hufvar Wilkerson__ , a notary public for State of New Jersey, this __10th__, day of May, 2019.

Notary Public __Omar Hufvar Wilkerson__       SEAL

Omar H Wilkerson
Notary Public
New Jersey
My Commission Expires 1-29-2024
No. 50097814

Britt, Terence Lee Registered Owner
of BRITT, TERENCE LEE corp. sole
Dba TERENCE LEE BRITT
care of: Cuthbert Blvd, [686W] Box 152
at Haddon Township, county Camden
state New Jersey republic
Near. [08108]
The United States of America



*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1st Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©℠

TO:
GLOUCESTER CITY (a city incorporated in the county of Camden);
Care of: (City) Solicitor for the Calendar Year 2019
Wade, Long, Wood & Long, LLC,
1250 Chews Landing Road
Suite #1
Laurel Springs, New Jersey
08021


CC:
ROBERT SAUNDERS III, Police Officer
Care of:
Gloucester City Police Department,
313 Monmouth Street,
Gloucester City, New Jersey,
08030

[NO FURTHER TEXT ON THIS PAGE]

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1st Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©

'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| i: a man;<br>*prosecutor*<br><br>_____<br><br>GLOUCESTER CITY (a city incorporated in the county of Camden); NEW JERSEY, ROBERT SAUNDERS III, an individual, and in his capacity as Gloucester Police Officer, et al;<br>*Wrongdoer(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br><br>Nature of case: claim<br><br>claim: trespass [tort]; and<br>trial by jury Demand,<br>common law jurisdiction<br>Order "void ab initio"<br>(verified) |

### CERTIFICATE OF SERVICE

I, Britt, Terence Lee, man; for BRITT, TERENCE LEE, corp. sole dba TERENCE LEE BRITT is to certify that I have this day served Gloucester City/City of Gloucester City with this **NOTICE: CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW JURISDICYION** by CERTIFIED MAIL:

#_____ Delivery thereon to ensure delivery to:

GLOUCESTER CITY (a city incorporated in the county of Camden);
Care of: (City) Solicitor for the Calendar Year 2019
Wade, Long, Wood & Long, LLC,
1250 Chews Landing Road
Suite #1
Laurel Springs, New Jersey
08021

Executed on 14th, day of May, 2019

By: _____ (seal)
Britt, Terence Lee, without the United States
ALL RIGHTS RESERVED
verified

CC:
ROBERT SAUNDERS III, Police Officer
Care of:
Gloucester City Police Department,
313 Monmouth Street,
Gloucester City, New Jersey,
0B030

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©®™

**AFFIDAVIT OF NOTARY'S PRESENTMENT CERTIFICATION OF MAILING FOR NOTICE: CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW JURISDICTION** The legislature shall not pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or depriving a party of any remedy for enforcing a contract which existed when the contract was made; **CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW JURISDICTION FOR NAME: BRITT, TERENCE LEE dba TERENCE LEE BRITT;**

State of New Jersey    )
                       )ss.
County of Camden       )

Be it known that I, Omar Huffman Wilkerson a duly empowered Notary Public, in and for the STATE OF New Jersey, County of Camden, a third party to the matter, for the sole purpose of certifying a response or want thereof, at the request of Terence Britt did present on this 10th day of May 2019.

It is hereby certified that on the date noted above that the undersigned Notary Public Mailed to:

To: GLOUCESTER CITY (a city incorporated in the county of Camden);
Care of: (City) Solicitor for the Calendar Year 2019
Wade, Long, Wood & Long, LLC,
1250 Chews Landing Road
Suite #1
Laurel Springs, New Jersey
08021

CC:
ROBERT SAUNDERS III, Police Officer
Care of:
Gloucester City Police Department,
313 Monmouth Street,
Gloucester City, New Jersey,
08030

Hereinafter, "Recipient" the document and sundry papers which include the Following:

1. **AFFIDAVIT OF NOTARY'S PRESENTMENT CERTIFICATION OF MAILING FOR NOTICE: CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW** The legislature shall not pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or depriving a party of any remedy for enforcing a contract which existed when the contract was made; **CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW] FOR NAME: BRITT, TERENCE LEE dba TERENCE LEE BRITT;**

Return Receipt attached by placing the same in postpaid envelope, properly addressed to Recipient at the said address [certified mail]# _____ _____ _____ UCC1-308

I have hereunto set my hand and seal of office on this 10th day of May , 2019,

Notary Public Omar Huffman Wilkerson

Seal
**Omar H Wilkerson**
Notary Public
New Jersey
My Commission Expires 1-29-2024
No. 50097814

[NO FURTHER TEXT ON THIS PAGE]